UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal No.14-cr-10190-IT |
| STEPHEN GOUDREAU, | * | |
| | * | |
| Defendant. | * | |

ORDER

February 6, 2015

TALWANI, D.J.

On January 9, 2015, and February 6, 2015, this court held evidentiary hearings on Defendant's <u>Motion to Suppress Evidence</u> [#35]. At the February 6 hearing, counsel requested an opportunity to file supplemental briefing on the motion. In light of the above, the court hereby orders as follows:

1. The parties shall submit to the court a proposed schedule for supplemental briefing by February 11, 2015.

2. The court defers taking Defendant's <u>Motion to Suppress Evidence</u> [#35] under advisement until after the parties have submitted supplemental briefing, as such briefing is needed for proper disposition of the motion.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge