UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | |
| | * | Criminal No.14-cr-10190-IT |
| STEPHEN GOUDREAU, | * | |
| | * | |
| Defendant. | * | |

ORDER

July 23, 2015

TALWANI, D.J.

Defendant and the Government may file statements indicating their positions as to paragraph twenty (20) and footnote one (1) of the Presentence Investigation Report by the end of the day Tuesday, July 28, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge